Jan Hamilton #08163
Chapter 13 Trustee
PO Box 3527
Topeka, Kansas 66601-3527
(785) 234-1551

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

JILL ANNETTE REITER,     CASE NO.: 14-40074-13

      **Debtor.**

## NOTICE OF HEARING

Notice is given that a non-evidentiary hearing will be conducted before the U.S. Bankruptcy Court, 444 SE Quincy, Room 210, Topeka, Kansas 66683 on

**March 22, 2017 at 10:00 a.m.**

To address the following matter:

**Chapter 13 Trustee's Motion to Quash Interrogatories, Requests for Production of Documents, and Requests for Admissions Directed to Debtor**

    Respectfully submitted:

    s/ *Jan Hamilton*
    Teresa L. Arnold #21586
    Jan Hamilton #08163
    Chapter 13 Trustee
    PO Box 3527
    Topeka, Kansas 66601-3527
    (785) 234-1551
    (785) 234-0537 Fax
    jan.hamilton@topeka13trustee.com
    teresa.arnold@topeka13trustee.com

## CERTIFICATE OF SERVICE

   I certify that I electronically filed the Chapter 13 Trustee's Motion and Notice of Hearing with the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system. I have also mailed this pleading first class, to the following and provided notice by email as indicated on this date: **March 10, 2017.**

Warren V. Norred
Norred Law, PLLC
200 E. Abram, Suite 300
Arlington, TX 76010
norred@norredlaw.com

Joseph I. Wittman
112 SW 6th Street, Suite 508
Topeka, KS 66603-3810
wittmanlawoffice@wittman.kscoxmail.com

Gary E. Hinck
512 SW 6th Ave., Suite 100
Topeka, KS 66603-3150
gh@kansasconsumer.com

              Respectfully submitted,

              s/ Teresa L. Arnold
              Teresa L. Arnold #21586
              Jan Hamilton #08163
              Chapter 13 Trustee
              PO Box 3527
              Topeka, Kansas 66601-3527
              (785) 234-1551
              (785) 234-0537 Fax
              jan.hamilton@topeka13trustee.com
              teresa.arnold@topeka13trustee.com