U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
6/26/2017
Hon. Janice Miller Karlin, Presiding

10:00 AM

Case Information:
    14-40074 Jill Annette Reiter   Chapter: 13

Judge: JMK    Filed: 01/31/2014    Pln Confirmed: 10/27/2015

Appearances:
    √ Gary E. Hinck representing Jill Annette Reiter (Debtor)
    √ Jan Hamilton (Trustee)
    √ Warren Norred (appearance by phone)
    √ Joseph Wittman for Roy Upshaw
    √ Joan Herman for Jill Reiter (appearance by phone)

Issue(s): **Status**
    [79] Motion for Dismissal for Failure to Make Plan Payments. Filed on behalf of Trustee Jan Hamilton,

    [104] Motion to Modify Plan Payment (Abating Plan Payments)., Application for Compensation for Gary E. Hinck, Debtor's Attorney, Period: to, Fee: $250, Expenses: $38.

    [136] Motion to Sell Business, Sale Number:. Fee Amount $181., Application for Compensation for Gary E. Hinck, Debtor's Attorney, Period: to, Fee: $250, Expenses: $39. Filed on behalf of Attorney Gary E. Hinck.

    [140] Notice of Service of Proposed Order under LBR 9074.1, with Certificate of Service. Filed by Joseph I. Wittman on behalf of Roy Upshaw.

    [147] Motion to Compel Discovery from Debtor Filed on behalf of Attorney Roy Upshaw

    [150] Motion for Protective Order Filed on behalf of Debtor Jill Annette Reiter

Notes/Decision:

**If parties can get an agreed order to Court by Friday, Court will sign. Otherwise, it will be a couple of weeks before the Court can look at the order. Continue status hearing by text order to 7/18/17 @ 3:00 p.m. Motion for extension is granted.**

Courtroom Deputy: Joyce Ridgeway
ECRO Reporter: Kimberly Gordon