U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
8/21/2017
Hon. Janice Miller Karlin, Presiding

09:00 AM **Trial**

Case Information:
    14-40074 Jill Annette Reiter   Chapter: 13

Judge: JMK   Filed: 01/31/2014     Pln Confirmed: 10/27/2015

Appearances:
    **X** Gary E. Hinck  representing Jill Annette Reiter (Debtor)
    **X** Jan Hamilton  representing Jan Hamilton (Trustee)
       Richard A. Wieland  representing U.S. Trustee
    **X** Joe Wittman representing Roy Upshaw
    **X** Warren Norred representing Roy Upshaw **(by telephone)**

Issue(s):
    [79] Motion for Dismissal for Failure to Make Plan Payments. Filed on behalf of Trustee Jan Hamilton, with Certificate of Service.

    [94] Motion for Relief from Stay. Fee Amount $181, Filed on behalf of Roy Upshaw (Attachments: # 1 Exhibit Exhibit supporting motion for relief), with Certificate of Service.(Wittman, Joseph) Modified on 2/24/2017 to correct filer name (tbc).

    [104] Motion to Modify Plan Payment (Abating Plan Payments)., Application for Compensation for Gary E. Hinck, Debtor's Attorney, Period: to, Fee: $250, Expenses: $38. Filed on behalf of Attorney Gary E. Hinck (Attachments: # 1 Creditor Matrix), with Certificate of Service.

    [136] Motion to Sell Business, Sale Number:. Fee Amount $181., Application for Compensation for Gary E. Hinck, Debtor's Attorney, Period: to, Fee: $250, Expenses: $39. Filed on behalf of Attorney Gary E. Hinck (Attachments: # 1 Creditor Matrix), with Certificate of Service.

    [140] Notice of Service of Proposed ORder under LBR 9074.1, with Certificate of Service. Filed by Joseph I. Wittman on behalf of Roy Upshaw.

    [147] Motion to Compel Discovery from Debtor Filed on behalf of Attorney Roy Upshaw (Attachments: # 1 Exhibit Exhibit to Motion to Compel # 2 Exhibit Exhibit B to the motion to comple # 3 Exhibit Exhibit A to the motion to compel), with Certificate of Service.

[150] Motion for Protective Order Filed on behalf of Debtor Jill Annette Reiter, with Certificate of Service.

---

Notes/Decision: **Trustee, Jan Hamilton, announces the parties' settlement agreement, which should be inked within 14 days. The Trustee will then file a motion to approve the settlement, along with notice. The trial on all matters is continued to October 11, 2017, at 9:00 a.m. [Clerk to notice].**

---

Courtroom Deputy: Beth   Cromwell
ECRO Reporter: Kimberly   Gordon