# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In re:

Jill Annette Reiter          Case No. 14-40074
                Chapter 13
    Debtor


## ORDER FOR AND NOTICE OF CONTINUED TRIAL

Please take notice that a trial will be held on **October 11, 2017 at 9:00 a.m.** in 210 Federal Bldg., 444 S.E. Quincy, Topeka, KS 66683.


**ISSUES:**
Motion for Dismissal for Failure to Make Plan Payments
Motion for Relief From Stay
Motion to Modify Plan Payment
Motion to Sell Business
Notice of Service of Proposed Order under LBR 9074.1
Motion to Compel Discovery from Debtor
Motion for Protective Order


The Court advises you of the following procedures and deadlines:

   1. **Exhibits**. All documentary exhibits must be copied, marked, and listed on an exhibit sheet prior to the hearing.[1] Counsel must submit <u>three complete sets of copies</u> of exhibits to the Clerk's Office <u>three business days</u> before the trial. Additionally, one complete set must be provided for each party. Trial exhibits are not to be filed electronically.[2] The Court may decline to admit any exhibits not so handled.

   2. **Witnesses**. If any witness has not been previously identified in a Pretrial Order, any party intending to call a witness shall also provide a list of witnesses to the Clerk and any opposing counsel or party (if unrepresented) <u>three business days</u> before the trial. The list shall include the address of the witness (and the name and address of the employer if the witness is testifying in a representative capacity).

   3. **Briefs**. Trial briefs must be filed in accordance with the dates contained in

---

   [1] *See* D. Kan. LBR 9072.1(b). Sample witness and exhibit lists are attached.

   [2] *See* D. Kan. LBR 9072.1(d).

the Pretrial Order or other order of the Court. If no briefing deadline has been set, but you wish to file a trial brief, the Court requests it be filed and served on opposing counsel at least three business days before the trial.

      4. **Motions in Limine**. Any motions in limine shall be filed at least three business days before the trial.

      5. **Settlement**. You must inform the Clerk's Office at least two business days before the trial concerning any settlement that resolves all or any portion of the dispute. If a journal entry resolving the dispute is not also uploaded at least 24 hours prior to the trial, you must appear to announce the settlement for the record.

      6. **Continuances**. Continuances will not be granted upon stipulation of counsel, but may be allowed upon timely motion and by order of the Court under exceptional circumstances, for good cause shown.[3]

Dated: August 21, 2017

                                                                    s/ Janice Miller Karlin
                                                                    U.S. BANKRUPTCY JUDGE

---

[3] *See* D. Kan. Rule 6.1(b).