IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

            Case No. 14-40074

Jill Annette Reiter             Chapter 13

    Debtor

## ORDER SETTING STATUS CONFERENCE

The Court finds that the interest of all parties is best served by setting the issues specified below to a status conference at a later date and time.

Counsel for the respective parties are expected to have met or spoken about the pending matters before the status conference so that any issues that can be resolved prior to the Status Conference are so resolved, and so any remaining issues needing resolution by the Court can be easily outlined to the Court at the status conference.

**PLEASE TAKE NOTICE THAT A STATUS CONFERENCE WILL BE HELD**

at **Room 215** United States Courthouse
444 SE Quincy
Topeka, KS 66683

on **11/13/2017 at 9:00 a.m.**

To consider and act upon the following:

Doc. 79, Motion to Dismiss filed by Trustee
Doc. 94, Motion for Relief From Stay filed by Roy Upshaw
Doc. 104, Motion to Modify Plan Payment (Abating) and Compensation filed by Debtor
Doc. 136, Motion to Sell Business and Compensation filed by Debtor
Doc. 147, Motion to Compel Discovery from Debtor filed by Roy Upshaw
Doc. 150, Motion for Protective Order filed by Debtor

Dated: October 12, 2017             S/ Janice Miller Karlin
                                                  JANICE MILLER KARLIN
                                                  U. S. BANKRUPTCY JUDGE