# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re:

Jill Annette Reiter                          Case No. 14-40074
                                             Chapter 13

        Debtor

## ORDER FOR AND NOTICE OF TRIAL

Please take notice that a trial will be held on **December 14-15, 2017**, at 210 Federal Bldg., 444 S.E. Quincy, Topeka, KS 66683. This is a stacked docket, which means several cases have been set at the same date and time. You will be contacted two weeks before the hearing date and given additional information and requirements concerning the time needed for trial and an exact date and time setting.

### ISSUES:
Doc. 79, Motion to Dismiss filed by Trustee
Doc. 94, Motion for Relief From Stay filed by Roy Upshaw
Doc. 104, Motion to Modify Plan Payment (Abating) and Compensation filed by Debtor
Doc. 136, Motion to Sell Business and Compensation filed by Debtor
Doc. 147, Motion to Compel Discovery from Debtor filed by Roy Upshaw
Doc. 150, Motion for Protective Order filed by Debtor


The Court advises you of the following procedures and deadlines:

    1. **Exhibits**.  All documentary exhibits must be copied, marked, and listed on an exhibit sheet prior to the hearing.[1] Counsel must submit <u>three complete sets of copies</u> of exhibits to the Clerk's Office <u>three business days</u> before the trial. Additionally, one complete set must be provided for each party. Trial exhibits are not to be filed electronically.[2] The Court may decline to admit any exhibits not so handled.

    2. **Witnesses.** If the witness has not been previously identified in a Pretrial Order, any party intending to call a witness shall also provide a list of witnesses to the Clerk and any opposing counsel or party (if unrepresented) <u>three business days</u> before the trial, which list shall include the address of the witness (and the name and address of the employer if the witness is testifying in a representative capacity).

    3. **Briefs.**  Trial briefs must be filed in accordance with the dates contained in the Pretrial Order or other order of the Court.  If no briefing deadline has been set,

---

[1]  *See* D. Kan. LBR 9072.1(b). Sample witness and exhibits lists are attached.

[2]  *See* D. Kan. LBR 9072.1(d).

but you wish to file a trial brief, the Court requests it be filed and served on opposing counsel at least three business days before the trial.

4. **Motions in Limine.** Any motions in limine shall be filed at least three business days before the trial.

5. **Settlement.** You must inform the Clerk's Office at least two business days before the trial concerning any settlement that resolves all or any portion of the dispute. If a journal entry resolving the dispute is not also uploaded at least 24 hours prior to the trial, you must appear to announce the settlement for the record.

6. **Continuances.** Continuances will not be granted upon stipulation of counsel, but may be allowed upon timely motion and by order of the Court under exceptional circumstances, for good cause shown.[3]

Dated: October 12, 2017

     s/ Janice Miller Karlin
JANICE MILLER KARLIN
U.S. BANKRUPTCY JUDGE

---

[3] *See* D. Kan. Rule 6.1(b).

## EXHIBIT LIST

DEBTOR(S):_____

CASE NO:_____

ADVERSARY CAPTION (if applicable):_____

ADVERSARY CASE NO:_____

TRIAL DATE:_____

EXHIBIT(S) SUBMITTED BY:

_____     Attorney for: _____

NOTE: In contested matters, Debtor(s) shall mark Exhibits <u>numerically</u> and the opposing party(s) shall mark Exhibits <u>alphabetically</u>.  In Adversary Proceedings, Plaintiff(s) shall mark Exhibits <u>numerically</u> and Defendant(s) shall mark Exhibits <u>alphabetically</u>.

| NO. | DESCRIPTION | ID | OFF | ADM | DISPOSITION |
|-----|-------------|----|----|-----|-------------|
|     |             |    |    |     |             |
|     |             |    |    |     |             |
|     |             |    |    |     |             |
|     |             |    |    |     |             |
|     |             |    |    |     |             |
|     |             |    |    |     |             |
|     |             |    |    |     |             |
|     |             |    |    |     |             |
|     |             |    |    |     |             |
|     |             |    |    |     |             |

| NO. | DESCRIPTION | ID | OFF | ADM | DISPOSITION |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## WITNESS LIST

DEBTOR(S):

CASE NO:

ADVERSARY CAPTION (if applicable):

ADVERSARY CASE NO:

TRIAL DATE:

SUBMITTED BY:

                        Attorney for _____

| NAME | ADDRESS* |
|------|----------|
|      |          |
|      |          |
|      |          |
|      |          |
|      |          |
|      |          |

*include employer name and address if witness testifying in representative capacity