Gary E. Hinck, P.A.
512 SW 6th Ave
Suite 100
Topeka, KS  66603-3150
gh@kansasconsumer.com
(785) 267-7090

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF KANSAS

In Re:  Jill Annette Reiter	Case No.   14-40074-13

Debtor(s)

## NOTICE TO WITHDRAW DOCUMENT

COME NOW the Debtor(s) herein and hereby withdraws pleading #150 for the following reason:

1.  Incorrect Filing.

## CERTIFICATE OF SERVICE

The undersigned, Gary E. Hinck, does hereby certify that he caused a true and accurate copy of the above and foregoing document to be electronically filed or deposited in the United States mail.

on this, 1st day of December, 2017.

GARY E. HINCK, P.A.

By: s/ - Gary E. Hinck
Gary E. Hinck, #18270
512 SW 6th Ave
Suite 100
Topeka, KS  66603-3150
gh@kansasconsumer.com
(785) 267-7090
Attorney for Debtor(s)