IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
)
JILL ANNETTE REITER ) Case No. 14-40074
)
)
Debtors. )

## NOTICE OF APPEARANCE

**COMES NOW** Robert L. Baer, Attorney and enters his appearance on behalf of J. Al Ward, Sandra Ward and Taco Hut of Topeka, Inc., and requests all notices intended for any of them be set to him.

Respectfully submitted,

s/ Robert L. Baer
**Robert L. Baer #9387**
112 SW 6th Ave Suite 408
Topeka, Kansas 66603
785/ 730-8542
e-mail: rbaer@epitrustee.com
*Attorney for J. Al Ward, Sandra Ward and Taco Hut of Topeka, Inc.*