IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
)
JILL ANNETTE REITER ) Case No. 14-40074-13
)
)
)
Debtors. )

COMBINED:

1. OBJECTION TO MOTION FOR DISTRIBUTION OF PROCEEDS;
AND
2. MOTION FOR RELIEF FROM ORDER

Come Now J. Al Ward, Sandra Ward and Taco Hut of Topeka, Inc., hereinafter referred to as "These Objecting Entities", and for their objection to the Motion for Distribution of Proceeds Resulting From The Sale Of Debtors' Interest In A Trademark And Assets and for their Motion for Relief from the Court's order of October 4, 2017, approving sale of certain of Debtors' business property, shows the Court:

1. The October 4, 2017 Order Approving Sale describes the property sold as including: "common law rights in and to the TACO CASA Trademark and U.S. Trademark registration number 1377666, as well as other assets..."

2. The agreement for sale (Exhibit A to the Motion For Approval of Sale), further identifies the assets as including all intellectual property of the business used or intended for use in connection with the business, including without limitation, common law trademark rights in the word mark TACO CASA and any and all trademark rights in the U.S. Trademark Registration No. 1377666 for the mark TACO CASA and Design, together with the good will of business symbolized by the trademarks and applications for registration, therefore, including any and all cause of action rights of recovery for past infringement of the trademarks.

3. The Motion further references an Exhibit B which purports to indentify franchisee names and locations.

4. The property which is the subject of the above-referenced Motion and Order for sale is hereinafter referred to as the Subject Property.

5. Number 1 on said Exhibit B is Taco Casa, Al and Sandra Ward, 1423 SW 6th Ave, Topeka, Kansas 66606.

6. To the extent, if any, the estate has or had an interest in the Subject Property, that interest derives from Taco Casa International, LTD, a former Kansas cooperation which forfeited its charter in 2007.

7. On or about October 1, 1987, Taco Hut of Topeka, Inc., entered into an agreement with Taco Casa International, LTD which contract remains in existence and provides, inter alia:

   a. Buyer acknowledges that Seller presently operates a Taco Casa restaurant at 1423 S.W. Sixth, Topeka, Kansas, which is not a part of the franchise outlets licensed by the Buyer, and the use of the name and design at this location is expressly excepted from this Agreement and Seller may continue to use the name without any payment of fees. Seller is further granted the same exception from this Agreement should it desire to build and operate a TACO CASA restaurant at any location in the 1400 Block of West 6th Street in Topeka, Kansas. Further, supplies of food and non-food items including advertising materials will continue to be made available to the Seller by the Buyer on the same basis as the Buyer makes them available to franchise outlets licensed by the Buyer, and Seller agrees to purchase said supplies of food and non-food items from Buyer to insure uniformity among restaurants using the TACO CASA service mark. In further consideration of the Seller not being required to pay royalty fees, Seller agrees to provide its annual sales figures to the Buyer, so that system wide sales data can be tabulated.

   b. The parties acknowledge that separate assignment forms will be required to be executed for assignment of the service mark registration with the United States Patent Office and the various states where the mark is registered. The parties agree that such forms or other documents necessary to implement the terms of this Agreement will be executed upon request.

8. It is seen from the foregoing that the Motion for Approval of Sale and the Order approving the Sale purport to transfer rights in excess of those actually held by the estate.

9. Although the Motion for Authority for Sale purports to impact the property interest of These Objecting Entities, no notice of the Motion was provided to These Objecting Entities and the Order, if not appropriately modified, denies These Objecting Entities substantive due process.

10. These Objecting Entities do not know what representations were or were not made by the Debtor to Roy Upshaw, nor do they know what due diligence may have been done by Mr. Upshaw. These Objecting Entities put all parties on notice of their rights and positions.

11. If the rights and interests of These Objecting Parties is in any way adversely effected by the purported sale, they will be damaged and entitled to compensation.

WHEREFORE, the objecting parties pray for the Order of this Court modifying that Order entered October 4, 2017, authorizing to recognize the rights of These Objecting Parties in and into the use of the TACO CASA name and access to food and non-food items as stated above, that none of These Objecting Entities is a TACO CASA franchisee and that none of These Objecting Entities is or ever was under any obligation to pay franchise fees; and that the Court further order that no funds be distributed unless and until said modification is entered.

Respectfully submitted,

/s/ Robert L. Baer
Robert L. Baer #9387
112 SW 6th Avenue - Suite 408
Topeka, Kansas 66603
785/ 730-8542
e-mail: rbaer@epitrustee.com
*Attorney for J. Al Ward, Sandra Ward*
*And Taco Hut of Topeka, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2017 a true and correct copy of the OBJECTION TO MOTION FOR DISTRIBUTION OF PROCEEDS; AND MOTION FOR RELIEF FROM ORDER was electronically filed with the U.S. Bankruptcy Court of the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that a copy of the OBJECTION TO MOTION FOR DISTRIBUTION OF PROCEEDS; AND MOTION FOR RELIEF FROM ORDER was served by U.S. Mail, first class, postage prepaid and properly addressed to all persons/entities shown on the attached creditor matrix and to:

Roy Upshaw
133 Aviator Dr.
Ft. Worth, TX 76179

Roy Upshaw
% Joseph Wittman
112 SW 6th Ave. Ste 508
Topeka, KS 66603

                                       *s/ Robert L. Baer*
                                       Robert L. Baer #9387