# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: ) | |
| ) | |
| JILL ANNETTE REITER ) | Case No. 14-40074-13 |
| ) | |
| ) | |
| Debtors.  ) | |

## NOTICE OF OBJECTION DEADLINE
## ON **MOTION FOR RELIEF FROM ORDER**

YOU ARE HEREBY notified that if no objection to the attached motion/application is filed in writing with the Clerk of the U.S. Bankruptcy Court by:

**January 19, 2018**

said motion will be granted by entry of an order to be prepared and submitted by counsel for movant/applicant.

If a written objection is timely filed with the Clerk of the Bankruptcy Court at 240 US Courthouse, 444 SE Quincy St., Topeka, KS 66683, a hearing will be scheduled on:

**February 20, 2018, at 1:30 p.m.**
210 US Courthouse
444 SE Quincy St
Topeka, Kansas 66683

Hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.

DATED:  December 28, 2017

Respectfully submitted,

*s/ Robert L. Baer*
Robert L. Baer #9387
112 SW 6th Ave Suite 408
Topeka KS 66603
785-730-8542
Email: rbaer@epitrustee.com
*Attorney for J. Al Ward, Sandra Ward
And Taco Hut of Topeka, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2017 a true and correct copy of the MOTION FOR RELIEF FROM ORDER AND NOTICE OF OBJECTION DEADLINE was electronically filed with the U.S. Bankruptcy Court of the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that a copy of the MOTION FOR RELIEF FROM ORDER AND NOTICE OF OBJECTION DEADLINE was served by U.S. Mail, first class, postage prepaid and properly addressed to all persons/entities shown on the attached creditor matrix and to:

Roy Upshaw
133 Aviator Dr.
Ft. Worth, TX 76179


*s/ Robert L. Baer*
Robert L. Baer #9387