IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: Jill Reiter
        Debtor,                                  Case No. 14-40074-13

**MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSE AND OR OBJECTION REGARDING THE MOTION FOR**
**RELIEF FROM ORDER**

      COMES NOW, Roy Upshaw, by and through, Joseph I. Wittman, his attorney and files a motion for an extension of time to file a response and/or objection to the motion for relief from order and in support thereof states as follows:

      1.  The deadline to file something regarding the motion for relief from order filed by Bob Baer is January 19, 2018.

      2.  Counsel is out of town tomorrow at a CLE and is unable to timely get anything on file by tomorrow's deadline.

      3.  Counsel has sent an email to all parties indicating that he would like 7 days until Januayr 26, 2018 to file something in regard to this motion.  Mr. Upshaw's wife of 52 years recently died and he has been taking care of other matters in the past couple of weeks.

DATED: January 18, 2018

                                                       s/  Joseph I. Wittman
                                                       Joseph I. Wittman, #10280
                                                       Columbian Building
                                                       112 SW 6th Street - Suite 508
                                                       Topeka, KS   66603-3810
                                                       (785) 234-3663
                                                       wittmanlawoffice@wittman.kscoxmail.com

**CERTIFICATE OF SERVICE**

      I, the undersigned is to certify that on this **18th  Day of  January, 2018,** a copy of the foregoing Motion, was served through the Notice of Electronic Filing for parties and counsel who are filing users or mailed to each of the following persons by first class postage prepaid U.S. Mail:  Warren Norred, 200 E. Abram, Suite 300, Arlington, TX 76010.

                                                       s/   Joseph I. Wittman
                                                       Joseph I. Wittman