Jan Hamilton #08163
Chapter 13 Trustee
509 SW Jackson Street
Topeka, Kansas  66603
(785) 234-1551
jan.hamilton@topeka13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

JILL ANNETTE REITER,　　　　　　　　　　　CASE NO.:  14-40074-13

      Debtor.

### SUPPLEMENT TO TRUSTEE'S MOTION TO REQUIRE ROY UPSHAW TO POST A BOND TO PROTECT THE BANKRUPTCY ESTATE AND DEBTOR'S ABILITY TO COMPLETE THE PLAN

COMES NOW, Jan Hamilton, Chapter 13 Trustee (hereafter "Trustee") and supplements his Motion to Require Roy Upshaw to Post a Bond to Protect the Bankruptcy Estate and Debtor's Ability to Complete the Plan, Doc. 233, as follows:

1. In Paragraph 19 of the Trustee's Motion, the Trustee misapplied 11 U.S.C. 1305.  This is available only to consumer creditors, not business.

2. In Paragraph 24(a) of the Trustee's Motion, Trustee indicated that Upshaw did not file his exhibit lists with the court and did not provide exhibits to the parties.  That statement was in error.  Counsel for Upshaw did provide a witness and exhibit list to the parties via email on August 15, 2018. Trustee extends his apologies to the court and counsel.

WHEREFORE, the Trustee requests that the Court consider this Supplement as fully incorporated in and correcting his Motion, Doc. 233, filed February 15, 2018.

                                                      Submitted by:

In re: Jill Annette Reiter
Case No. 14-40074
Trustee's Motion to Require Bond
Page 2

                                                s/ Jan Hamilton
Jan Hamilton #08163, Chapter 13 Trustee
Teresa L. Arnold #21586, Staff Attorney
PO Box 3527
Topeka, Kansas 66601-3527
(785) 234-1551
(785) 234-0537 Fax
jan.hamilton@topeka13trustee.com
teresa.arnold@topeka13trustee.com

## CERTIFICATE OF SERVICE

      I certify that I electronically filed the Chapter 13 Trustee's Supplement to Motion with the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system. I have also mailed this pleading first class, to the following on this date: **February 26, 2018.**

Warren V. Norred
Norred Law, PLLC
515 E. Border
Arlington, TX 76010

Joseph I. Wittman
112 SW 6th Street, Suite 508
Topeka, KS 66603-3810

Robert L. Baer
112 SW 6th Ave Suite 408
Topeka KS 66603

Gary E. Hinck
512 SW 6th Ave., Suite 100
Topeka, KS 66603-3150

                                                Respectfully submitted,

                                                s/ Teresa L. Arnold
Teresa L. Arnold #21586