**SO ORDERED.**

**SIGNED this 1st day of March, 2018.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

JILL ANNETTE REITER,                          Case No. 14-40074-13

Debtor.
_____

**ORDER SUSTAINING CHAPTER 13 TRUSTEE'S
OBJECTION TO CLAIM NUMBER 13-3 OF ROY UPSHAW**

NOW, the objection of the Trustee to the Proof of Claim 13-3 of Roy Upshaw, Doc. 222, comes for consideration by the Court.

The Court finds that the objection time for Roy Upshaw to file a response to the Objection expired on February 28, 2018, per the Notice of Objection deadline contained within Doc. 222.

The Court further finds that the Objection of the Trustee is sustained for the reasons set out in the Objection and, in particular, the following:

1

1. A proof of claim is not the correct vehicle to claim administrative expenses under 11 U.S.C. 503(b). Mr. Upshaw has now filed a motion for an administrative expense under 11. U.S.C. 503(b) and is not prejudiced by the entry of this Oder. Doc. 237

2. The claim cannot be allowed under 11 U.S.C. 507(a)(2), as that section applies only to administrative expenses for Federal Reserve Bank loans of a certain type.

# # #

Prepared and Approved by:

s/Jan Hamilton_____
JAN HAMILTON #08163
CHAPTER 13 TRUSTEE
509 SW JACKSON ST.
TOPEKA, KANSAS  66603
(785) 234-1551
(785) 234-0537  Fax
jan.hamilton@topeka13trustee.com

2

Case 14-40074    Doc# 253    Filed 03/01/18    Page 2 of 2