**SO ORDERED.**

**SIGNED this 10th day of May, 2018.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

JILL ANNETTE REITER,　　　　　　　　　　　　CASE NO.:  14-40074-13

　　　　　Debtor.

**ORDER SETTING DEADLINE FOR STALKING HORSE FEE AND EXPENSE APPLICATION**

NOW on this 9th day of May, 2018, comes on for status conference the Trustee's Motion To Permit Distribution Of Proceeds Resulting From The Sale Of Debtor's Interest In A Trademark And Assets Associated With That Trademark (Doc. 209, filed December 12, 2017).[1] No party in interest objected to Paragraph (II)(d)(i) of the Motion.

---

[1] Other ancillary matters, not directly pertinent to this order were also heard at the status conference.

The Court, by way of an interim Order, directs that Jan Hamilton, Chapter 13 Trustee, advise the attorney for the Stalking Horse, the subject of Paragraph (II)(d)(i) of his Motion, that the Stalking Horse shall file any fee and expense application by May 23, 2018. In the event such application is not filed by that date, the Chapter 13 Trustee is directed to distribute money on hand without payment to the Stalking Horse. Mr. Hamilton shall file a notice and certificate of service showing service of this Order was made upon counsel for the Stalking Horse.

# # #

Submitted by:

s/ Jan Hamilton
Jan Hamilton #08163, Chapter 13 Trustee
Teresa L. Arnold #21586, Staff Attorney
509 SW Jackson Street
Topeka, Kansas 66603
(785) 234-1551
(785) 234-0537 Fax
jan.hamilton@topeka13trustee.com
teresa.arnold@topeka13trustee.com