SO ORDERED.

SIGNED this 14th day of May, 2018.



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

JILL ANNETTE REITER,                                       CASE NO.:  14-40074-13

       Debtor.

INTERIM ORDER DIRECTING DISBURSEMENT OF FUNDS
HELD BY THE CHAPTER 13 TRUSTEE

NOW on the 9th day of May, 2018, comes on for status conference the Trustee's Motion to Permit Distribution of Proceeds Resulting from the Sale of Debtor's Interest in a Trademark and Assets Associated with That Trademark, Doc. 209, and related pleadings. Those related pleadings are the Motion for Administrative Expenses for Gary E. Hinck, Attorney, Doc. 239, Motion for

Administrative Expenses for Hovey Williams LLP, Doc. 241, and Motion for Distribution of Funds filed on behalf of Debtor Jill Annette Reiter. Doc. 243.

Jan Hamilton, Chapter 13 Trustee, appears personally, as does Gary E. Hinck, attorney for Debtor.

The Court, by way of an interim Order relative to the above-referenced motions, directs that Jan Hamilton, Chapter 13 Trustee, disburse from funds on hand in this case, as follows:

1. Buckeye Title Loans $2,482.44 plus $87.99 interest due through May, 2018, plus any accrued interest through the date of disbursement not yet booked.

2. Corefirst Bank & Trust $6,135.77 plus $170.03 interest due through May, 2018, plus any accrued interest through the date of the disbursement not yet booked.

3. Capitol Federal Savings Bank $8,895.27 Mortgage plus $233.52 interest due thru May, 2018, plus any accrued interest through the date of disbursement not yet booked.

4. Capitol Federal Savings Bank $23,760.53 Mortgage with no interest

5. Capitol Federal Savings Bank $28,457.24 Post-petition Mortgage Fees and expenses, with no interest.

6. Gary E. Hinck $17,050.00, representing one-half of the fees requested by him in the application above noted.

7. Hovey Williams $22,122.78 representing one-half of the fees requested by it in the application above stated.

This order is without prejudice to any challenges to the total amount of the fees requested.

### 

Submitted by:

s/ Jan Hamilton
Jan Hamilton #08163, Chapter 13 Trustee
Teresa L. Arnold, #21586, Staff Attorney
509 SW Jackson Street
Topeka, Kansas 66603
(785) 234-1551
(785) 234-0537 Fax
jan.hamilton@topeka13trustee.com
teresa.arnold@topeka13trustee.com

Approved by:

s/ Gary E. Hinck
Gary E. Hinck #18270
512 SW 6th Street, Suite 100
Topeka, Kansas 66603-3150
(785) 267-7090
Attorney for Debtor