**SO ORDERED.**

**SIGNED this 22nd day of September, 2018.**



*/s/ Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: Jill Annette Reiter | Case No. 14-40074-13 |
| Debtor(s) | |

### ORDER APPROVING PAYMENT OF ATTORNEY FEES AND EXPENSES AS AN ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. §503 FOR HOVEY WILLIAMS LLP

THIS MATTER comes before the Court on the Debtor's Motion for Payment of Attorney Fees and Expenses, filed herein as pleading number 241 on February 21, 2018.

WHEREUPON, the Court finds that notice with opportunity of hearing on the Debtor's Motion was properly served, and that any objections are resolved with this Order, the Court finds that the Debtor's Motion to Approve Payment of Attorney Fees, should be, and is hereby, sustained. The Court, having considered the Debtor's Motion, the file and being duly advised in the premises, approves payment of attorney fees of $46,923.00 and expenses in the amount of $2,314.86 for Hovey Williams LLP for total fees and expenses in the amount of $49,237.86, to be paid as an administrative expense under 11 U.S.C. §503.

IT IS SO ORDERED.

###

Prepared by:

Gary E. Hinck, P.A.
s/ Gary E. Hinck
Gary E. Hinck, #18270
512 SW 6th Avenue Suite 100
Topeka, KS  6663
(785) 266-9920
Attorneys for Debtors

Approved by:
s/ Jan M. Hamilton
Jan Hamilton, #08163
Standing Trustee
P.O. Box 3527
Topeka, KS  66601-3527