**SO ORDERED.**

**SIGNED this 22nd day of October, 2018.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

___

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

In Re:  Jill Annette Reiter                                                Case No.   14-40074-13

　　　　　　　Debtor(s)

**ORDER DENYING APPLICATION FOR PAYMENT OF ATTORNEY FEES AND EXPENSES AS MOOT**

THIS MATTER comes before the Court on the Debtor's Application for Payment of Attorney fees, filed herein as document 239.

WHEREUPON, the Court finds that notice with opportunity of hearing on the Debtor's Motion was properly served, the Court finds that the Debtor's Motion , document 239, should be, and is hereby, denied as moot as the fees have been addressed in a prior order of the Court, document 310.

IT IS SO ORDERED

### ###

Prepared and Approved by:

GARY E. HINCK, P.A.

By: s/ Gary E. Hinck
Gary E. Hinck, #18270
512 SW 6th Ave. Suite 100
Topeka, KS 66603-3150
gh@kansasconsumer.com
(785) 267-7090
Attorney for Debtor(s)

Approved by:

Jan M. Hamilton


s/ Jan M. Hamilton
Jan Hamilton, #08163
Standing Trustee
P.O. Box 3527
Topeka, KS 66601-3527
(785) 234-1551